UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWNA LYNNE ZIMMER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C14-262-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), a de novo hearing, and a new decision. On remand, the ALJ shall be directed to further consider the claimant's maximum residual functional capacity in specific functional terms, with specific reference to the opinion evidence of record in support of the assessed limitations, and clearly articulate the weight accorded such evidence; and if necessary,

REPORT AND RECOMMENDATION
PAGE - 1

consult a medical expert to determine the nature, severity, and limiting effects, if any, of medically determinable impairments; in so doing, the ALJ shall further evaluate the claimant's subjective complaints under SSR 96-7p. The ALJ shall also reevaluate the step 4 and step 5 findings and obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on the occupational base.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation. The Clerk should note the matter for **September 10, 2014** as ready for Judge Jones's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 10th day of September, 2014.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge